UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON NUSBAUM,<br><br>   Plaintiff,<br><br>  v.<br><br>JOSHUA CANNON, et al.,<br><br>   Defendants. | Case No.  3:16-cv-06264-CRB<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR SETTLEMENT**<br><br>Re: Dkt. No. 18 |

  Pursuant to Local Rule 72-1, this matter is referred to Magistrate Judge Laurel Beeler in lieu of court sponsored mediation and no longer referred to mediation.

  The parties will be advised of the date, time and place of the next appearance by notice from Magistrate Judge Beeler.

  **IT IS SO ORDERED.**

Dated: February 3, 2017

                    _____
                    CHARLES R. BREYER
                    United States District Judge