IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JASON NUSBAUM,

    Plaintiff,

v.

CITY OF HAYWARD, et al.,

    Defendants.

No. C 16-6264 CRB

**ORDER GRANTING MOTION TO WITHDRAW**

Plaintiff's counsel filed a motion to withdraw on June 1, 2017. See MTW (dkt. 27). Plaintiff Jason Nusbaum informed the Court, as well as his attorneys, that he does not oppose their motion to withdraw, as both counsel and client agree that irreconcilable differences have made effective representation impossible. Defendants likewise do not oppose withdrawal.[1] Accordingly, the Court GRANTS the motion. The Court will set a status conference to occur within the next 30 days.[2]

**IT IS SO ORDERED.**

Dated: July 11, 2017

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

---

[1] As requested by defense counsel, Nusbaum's contact information is as follows:

Jason Nusbaum / 488 Calle Elegante Vista, CA 92083 / 415-635-4146 / jbactors@gmail.com

[2] Nusbaum expressed an intention to secure new counsel but, should he fail to do so within this time or instead choose to proceed pro se, he is DIRECTED to attend the status conference himself. In the meantime, he may seek assistance from the Legal Help Center, a free service of the Volunteer Legal Services Program, by calling 415-782-8982, or by signing up for an appointment on the 15th Floor of the Federal Courthouse in San Francisco, 450 Golden Gate Avenue, San Francisco, California.

1