# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** November 9, 2017 | **Time:** 1 Minute | **Judge:** CHARLES R. BREYER |
|---|---|---|
| **Case No.:** 3:16-cv-06264-CRB | **Case Name:** Nusbaum v. City of Hayward, et al. | |

**Attorney for Plaintiff:** Jason Nusbaum (pro se) - not present
**Attorney for Defendant:** Winter L. Hankins

**Deputy Clerk:** Lashanda Scott                           Digital FTR Recording: 9:51-9:52

## PROCEEDINGS

Further Case Management Conference not held. Plaintiff not present for the hearing. Mr. Nusbaum contacted the courtroom deputy this morning and informed her of his non-appearance due to an emergency. Mr. Nusbaum stated that he would overnight-express a letter to the court. Court will issue an order.