Sarah Klatt
488 Calle Elegante
Vista, CA 92083
760 703-8800
sarahsunshine4u@aol.com

November 9, 2020                              Re:  Case No.3:16-cv-06264-CRB

Dear Judge Breyer:

   My name is Sarah Klatt and I am the mother of Jason Nusbaum who was to appear in your court today at 10:00 this morning.  I was going to drive him from San Diego where I live and he has resided for the past several months due to my health.  This past few days I have had fever and such severe headaches I am unable to make the trip.  I am under a doctor's care and having tests run to determine the cause.

   I understand from your Deputy Clerk, Lashanda Scott, that if Jason does not appear the case may be dismissed.  I believe this would be a travesty as justice would not be given the chance to be served.  The fact that Jason's attorneys filed and were granted release from the case after a year of doing virtually nothing has caused undo hardship and mental stress.  He and I have been searching for another attorney for weeks to no avail.

   We come from a family of attorneys as my father was a Superior Court Judge in Indiana for 18 years as well as my uncle serving as Governor and Secretary of State in Indiana.  We value justice immensely and are so very concerned Jason may not have the right to seek same.  Jason's life has been a nightmare for over 3 years but we are not resolved about giving up the fight.  The fact that his former attorneys stated to my husband and I in a phone conversation that they wanted to withdraw due to Jason's medical issues does not sit well with us.  I believe Mr. Schmidt and Mr. Lagos were dishonest in their reasons to the court for their wish to withdraw.  And I know they did not present a letter Jason wrote and asked them to submit at the hearing for withdrawal.

   Jason has been unable to return to his career of teaching acting after having a successful acting school in New York for 8 years. He has a musical theater degree and had moved West to be closer to me and start performing and teaching once again. Jason also has a desire to attend graduate school here in California as he prepares to perform

on stage and open another acting school.  I know he is my son but Judge Breyer, this fellow was and can be a productive, positive contributor to our country once again.

    Thank-you for the opportunity to speak my mind and I feel confident that whatever happens today at the status hearing will be just and sensible.  Thank-you for your service Judge Breyer.

Best regards,

*Sarah Klatt*

Sarah Klatt

Case 3:16-cv-06264-CRB   Document 44-1   Filed 11/13/17   Page 3 of 3

**Robert F. Brunst, MD PhD**
General Medicine
477 N. El Camino Real Ste# A200
Encinitas, CA 92024
Ph. 760-942-1242
Fx. 760-942-7840

November 9, 2017

RE: Klatt, Sarah
DOB: 04/04/1949

To Whom It May Concern:

My patient, Sarah Klatt, was advised no traveling from 11/8/17 until 11/10/17 due to a medical condition.

Thank you,

*[signature]*

Robert Brunst, MD